David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ANTHONY M. DAVICH*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. DAVICH, | Case No. 2:17-cv-01131-RFB-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION AS TO WELLS FARGO HOME MORTGAGE ONLY** |
| WELLS FARGO HOME MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff ANTHONY M. DAVICH and Defendant WELLS FARGO HOME MORTGAGE hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO HOME MORTGAGE**. Each party shall bear its own attorney's fees, and costs of suit.

Dated:   December 4, 2017

| By:<br><u>/s/David H. Krieger, Esq.</u><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><u>/s/ Kelly H. Dove, Esq.</u><br>Kelly H. Dove, Esq.<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169-5958<br>*Attorney for Defendant WELLS FARGO HOME MORTGAGE* |

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:   December 5, 2017.