David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ANTHONY M. DAVICH*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. DAVICH, </br></br> Plaintiff, </br></br> v. </br></br> WELLS FARGO HOME MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC, </br></br> Defendants. | Case No. 2:17-cv-01131-RFB-CWH </br></br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EXPERIAN INFORMATION SOLUTIONS, INC ONLY</u>** |

Plaintiff ANTHONY M. DAVICH and Defendant EXPERIAN INFORMATION SOLUTIONS, INC hereby stipulate and agree that the above-

…

…

…

…

…

…

entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: January 10, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Jennifer L. Braster, Esq.<br>Jennifer L. Braster, Esq.<br>Naylor & Braster<br>1050 Indigo Drive<br>Suite 200<br>Las Vegas, NV 89145<br>*Attorney for Defendant EXPERIAN INFORMATION SOLUTIONS, INC* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: 1/16/18 _____